**Order filed September 8, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00352-CV
_____

## IN THE INTEREST OF D.A.H.; J.B.H.; D.L.W.; J.D.W.; AND J.K.A.S., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-04975J**

---

## ORDER

This is an accelerated appeal from a final order in a suit affecting the parent-child relationship. Appellant John Hutton, Sr. is represented by appointed counsel, Donald Crane. Appellant's brief was originally due August 5, 2021. We granted an extension of time to file appellant's brief until September 3, 2021. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. On September 3, 2021, counsel filed a second motion to extend time to file appellant's brief. To date, counsel has submitted no brief.

Appeals in suits affecting the parent-child relationship filed by a governmental entity are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated

schedule requires greater compliance with briefing deadlines. Therefore, we deny the motion and issue the following order.

We order appellant's appointed counsel Donald Crane to file appellant's brief no later than **September 20, 2021**. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.